**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NASRADINE HISSEINE HAMAT,<br><br>Plaintiff,<br><br>v.<br><br>GE VERNOVA INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-12980-BEM |

# GE VERNOVA INC.'S MOTION TO DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), GE Vernova Inc. moves this Court to dismiss the complaint with prejudice, because none of the claims potentially asserted in the complaint can succeed as a matter of law.

Any potential claim under Title VII of the Civil Rights Act of 1964 ("Title VII") is time-barred. Any potential claim under the Occupational Safety and Health Act ("OSHA") fails, because OSHA does not authorize private civil actions. Finally, any potential claim of wrongful termination in violation of public policy fails, because Oregon law does not allow such a claim when the alleged improper conduct is addressed by statute, here Title VII and OSHA.

For these reasons and as further explained in its supporting memorandum of law, GE Vernova, Inc. respectfully requests that the Court dismiss the complaint with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), GE Vernova, Inc. respectfully requests oral argument.

DATED: October 8, 2026

Respectfully submitted,

GE Vernova, Inc.

By its attorneys,

*/s/ Patrick J. Bannon*

Patrick J. Bannon (BBO#635523)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone: 617-946-4800
pbannon@seyfarth.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for GE Vernova conferred with Plaintiff Nasradine Hisseine Hamat (who is not represented by counsel) by email on October 7, 2026 in a good faith attempt to resolve or narrow the issues raised in the this motion, and that the parties were unable to resolve or narrow those issues.

/s/ *Patrick J. Bannon*
Patrick J. Bannon

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper and electronic copies will be sent to those indicated as non-registered participants. I further certify that paper and electronic copies were served on the Plaintiff as follows:

Nasradine Hisseine Hamat
4115 Rosebank Dr
Houston, TX 77084
nasserhamat@hotmail.com

/s/ *Patrick J. Bannon*
Patrick J. Bannon



328840635v